AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 8:03CR396 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | USM No: 18867-047 |
| ) | | |
| HERMAN Y. JONES ) | | MICHAEL J. HANSEN |
| Defendant. ) | | Defendant's Attorney |
| Date of previous judgment: 2/3/2004 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

    Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 140 months is reduced to 120 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:   29        Amended Offense Level:   27
Criminal History Category:   V        Criminal History Category:   V
Previous Guideline Range:   140   to   175   months        Amended Guideline Range:   120   to   150   months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated February 3, 2004 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 25th day of March, 2008
Effective Date: Tuesday, April 8, 2008

                                              s/ Laurie Smith Camp
                                              United States District Judge